## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )    CASE NO.: 2:10-mc-00185-PRC ) |
| KERRCON, INC., an Indiana corporation, and ROGER KERR, individually, | ) ) ) |
| Defendants. | ) |

## **ORDER**

This matter is before the Court on Plaintiffs' Unopposed Motion for Further Relief in Aid of Collection [DE 6], filed by Plaintiffs on January 13, 2011.

Having considered the motion and finding it well taken, the Court hereby **GRANTS** Plaintiffs' Unopposed Motion for Further Relief in Aid of Collection [DE 6] and **ORDERS**:

    A.    That the hearing on proceedings supplemental previously set for January 14, 2011 is vacated;

    B.    That the proceedings supplemental against Roger Kerr are dismissed, based on his satisfaction of the underlying judgment entered against him; and

    C.    That the judgment is a continuing lien upon the income or property of Defendant, KerrCon, Inc., for a period of six (6) months from the date this order is entered, and subject to further extension on a motion by Plaintiffs.

SO ORDERED this 13th day of January, 2011.

                                s/ Paul R. Cherry
                                MAGISTRATE JUDGE PAUL R. CHERRY
                                UNITED STATES DISTRICT COURT

cc:    All counsel of record