IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| KERRCON, INC., an Indiana corporation, and ROGER KERR, individually, | ) ) ) |
| Defendants, | ) ) ) |
| and | ) ) |
| ZIOLKOWSKI CONSTRUCTION, INC.; UNITED STEEL FABRICATORS, INC.; G. M. FEDORCHAK & ASSOCIATES, INC.; WILL H. HALL & SON, INC., | ) ) ) ) ) |
| Garnishment Respondents. | ) |

CASE NO.: 1:10-mc-00185-PRC

MAGISTRATE JUDGE PAUL R. CHERRY

**PLAINTIFFS' VERIFIED, EX-PARTE MOTION
FOR PROCEEDINGS SUPPLEMENTAL**

Plaintiffs, Iron Workers Mid-America Pension Plan, *et al*. ("Plaintiffs" or "Funds"), by and through their attorneys, and pursuant to Federal Rule of Civil Procedure 69(a), Indiana Rule of Trial Procedure Rule 69, and Ind. Code 34-55-8-1, et seq., hereby move this Court for proceedings supplemental to execution as it relates to the Garnishment Respondents, and for such further appropriate relief as the Court deems just. In support of their motion, Plaintiffs state as follows:

1.      Plaintiffs own an unpaid judgment against Defendants, KerrCon, Inc., which was entered by the Honorable Judge Matthew F. Kennelly, in the United States District Court for the Northern District of Illinois, Case No. 10 C 4951. Specifically, on October 29, 2010, a final

judgment was entered against Defendant, KerrCon, Inc. ("KerrCon"), for $179,520.25, plus post-judgment interest, and against Defendant, Roger Kerr for $13,493.00, plus post-judgment interest.

2. On December 8, 2010, this Court granted Plaintiffs' ex-parte motion for proceedings supplemental against Defendants, and ordered Defendants to appear in court on January 14, 2011 to answer as to their assets, and to produce certain specified documents. The Court's December 8, 2010 Order further provided that it would be a continuing lien upon the income or property of Defendants from the date it was served.

3. On December 13, 2010, Plaintiffs recovered $13,493.00, which satisfied the judgment against Roger Kerr, and reduced the principal due on the judgment against Kerrcon to $166,027.25, plus post-judgment interest.

4. Defendants were served with the Order to appear for proceedings supplemental on December 20, 2010.

5. Pursuant to the order to appear for proceedings supplemental, On January 12, 2011, Roger Kerr, as an agent of KerrCon, appeared in the office of Plaintiffs counsel, produced documents requested by the Order, and answered questions about KerrCon's assets.

6. Based on information provided by KerrCon, it is unable to pay the judgment, but there are several entities which KerrCon believes owe it money that may be used to satisfy the judgment in whole or in part. Specifically, KerrCon advised that it is owed money by: Ziolkowski Construction, Inc.; United Steel Fabricators, Inc., G M Fedorchak & Associates, Inc.; American Building of Chicago, Inc.; Will H Hall & Son, Inc.; C & C Iron, Inc.; Gough, Inc.; and Semford Management & Construction, Inc.

7. Plaintiffs have instituted post-judgment proceedings against Gough, Inc., and C & C Iron, Inc., and American Building of Chicago, Inc., in Illinois, and have a separate lawsuit pending

in Will County, Illinois, regarding money due for work performed as a subcontractor to Semford Management & Construction, Inc.

8. On information and belief, the remaining entities that KerrCon believes owe it money (the Garnishment Respondents) maintain offices in Indiana, thus making them subject to this Court's jurisdiction.

10. Despite ongoing efforts to collect this judgment, a substantial amount remains due from KerrCon on the judgment entered against it, and Plaintiffs have no cause to believe that a levy of execution against KerrCon will satisfy the judgment.

11. Pursuant to Indiana Code 34-55-8-7(a), this Court may order: "any property, income, or profits of the judgment debtor not exempt from execution or process, in the hands of the judgment debtor or of any other person; or any debt due to the judgment debtor; to be applied to the satisfaction of the judgment and forbid transfers of property and choses in action."

12. Pursuant to Indiana Code 34-55-8-7(b), the Court may order that: "the judgment or execution is a continuing lien upon the income or profits of the judgment debtor in the hands either of the judgment debtor or any other person, governmental office, or corporation[.]"

13. In order to determine whether the entities identified by KerrCon as owing it money agree with KerrCon's contention, Plaintiffs request an Order directing the Garnishment Respondents to answer interrogatories as to money due to KerrCon, produce documents relating to money due to KerrCon, and for the Order to impose a lien on any money held.

WHEREFORE, Plaintiffs respectfully request that this Court grant the following relief:

A. That the Court issue an order authorizing Plaintiffs to serve interrogatories on the Garnishment Respondents: Ziolkowski Construction, Inc.; United Steel Fabricators, Inc., G M Fedorchak & Associates, Inc.; and Will H Hall & Son, Inc.; requiring each

    to respond within fourteen (14) days after being served with said interrogatories, and ordering that the judgment is a continuing lien upon any money due to KerrCon as of the date the Order is served on each Respondent; and

B. That the Court issue an order requiring the Garnishment Respondents to produce, along with the interrogatories:

  i. Copies of the contracts under which KerrCon, performed work within the period of July 1, 2009 to the present; and

  ii. Invoices, check stubs and other documents identifying money claimed due by and/or paid to Kerrcon for the period of July 1, 2009 to the present.

C. That upon the Garnishment Respondents' answers to the interrogatories, that the Court issue an appropriate order to apply the Defendants' property towards the satisfaction of the judgment pursuant to federal and Indiana law.

D. For any other relief that the Court deems just and equitable.

              Respectfully submitted,

              /s/ Patrick N. Ryan
              One of the Attorneys for the Plaintiffs

Name and Address of Attorney for Plaintiffs:

Patrick N. Ryan
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

## CERTIFICATE OF SERVICE

  The undersigned, an attorney of record, hereby certifies that on Thursday, the 27th day of January 2011, he electronically filed, **Plaintiffs' Motion for Further Relief in Aid of Collection**, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Todd A. Miller
Allocco Miller & Cahill, P.C.
3409 N. Paulina Street
Chicago, IL   60657
E-Mail:  tam@alloccomiller.com

               /s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL   60606-5231
Bar No.:  6278364
Telephone:  (312) 236-4316
Facsimile:  (312) 236-0241
E-Mail:  pryan@baumsigman.com

I:\MIDJ\KerrCon\#22770\Indiana post-judgment\motion for proceedings supplemental.third-parties.pnr.wpd